PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOHAIL MAMDANI,<br><br>Defendant. | CASE NO. 1:22-CR-00279-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; AND FINDINGS AND ORDER<br><br>DATE: December 7, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On October 27, 2022 the defendant was arraigned before this Court and eventually ordered released.

2. On October 28, 2022, this matter was set for a status hearing before this Court on December 7, 2022 and time was excluded under the Speedy Trial Act until December 7, 2022.

3. By this stipulation, both parties now move to continue the status hearing until January 18, 2023.

4. The parties agree and stipulate, and request that the Court find the following:

a) The parties stipulate that the delay is required to allow the defense reasonable time for preparation and review of discovery, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this

STIPULATION REGARDING CONTINUANCE      1

1  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
2  U.S.C. § 3161(h)(7)(A).

      b)     The requested date is a mutually agreeable date for both parties.

      c)     The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 7, 2022 to January 18, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      d)     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 15, 2022                               PHILLIP A. TALBERT
                                                                                 United States Attorney

                                                                                 /s/ ALEXANDRE DEMPSEY
                                                                                 ALEXANDRE DEMPSEY
                                                                                 Assistant United States Attorney

Dated: November 15, 2022                               /s/ KEVIN ROONEY
                                                                                 KEVIN ROONEY
                                                                                Counsel for Defendant
                                                                                SOHAIL MAMDANI

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED. At the request of the parties, the December 7, 2022, status hearing in the above case is **CONTINUED** until **January 18, 2023, at 1:00 pm before Magistrate Judge Sheila K. Oberto**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 7, 2022, through January 18, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161 (h)(1)G), 3161(h)(7)(A), and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **November 15, 2022**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE