KEVIN P. ROONEY CALIFORNIA BAR # 107554
OF COUNSEL, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, SOHAIL MAMDANI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>              v.<br><br>SOHAIL MAMDANI,<br><br>                                    Defendant. | CASE NO.  1:20-CR 279 -JLT-SKO<br><br>STIPULATION REGARDING MOTION FOR PROTECTIVE ORDER AND BRIEFING SCHEDULE; [~~PROPOSED~~] ORDER |

**BACKGROUND**

On October 27, 2022, Dr. Mamdani was arraigned on the Indictment in this case. On the same date, government counsel filed a motion for a protective order regarding the discovery. The parties hereby request the following motion hearing date and briefing schedule as to that motion.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the parties seek to set the hearing on the motion for a protective order on December 2, 2022.

2. Additionally, by this stipulation, the parties seek to set the briefing schedule as follows:

    a) The defendant's initial briefing with regard to the government's motion for a protective order shall be filed no later than November 28, 2022, and;

///

///

STIPULATION REGARDING HEARING ON MOTION TO SUPPRESS; BRIEFING SCHEDULE            1

b) The parties agree that the government's discovery obligations are in abeyance until resolution of the motion seeking a protective order.

IT IS SO STIPULATED.

Dated: November 15, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Alexandre Dempsey
Alexandre Dempsey
Assistant United States Attorney

Dated: November 15, 2022

/s/ KEVIN P. ROONEY
KEVIN P. ROONEY
Counsel for Defendant
SOHAILMAMDANI

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: **November 15, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE