PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
MICHAEL TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SOHAIL MAMDANI,<br><br>    Defendant. | CASE NO. 1:22-CR-00279-JLT-SKO<br><br>PROTECTIVE ORDER PURSUANT TO FED. R. CRIM. P. 16(D)<br><br>COURT: Hon. Jennifer L. Thurston |

This matter is before the Court on the motion of the United States seeking a protective order pursuant to Federal Rule of Criminal Procedure 16(d). The Court, having considered the Motion and being otherwise sufficiently advised, holds that the Motion shall be **GRANTED**.

THE COURT FINDS that the government has demonstrated "good cause," pursuant to Federal Rule of Criminal Procedure 16(d), for the Court to enter this Protective Order.

THE COURT FURTHER FINDS that the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to dates of birth, telephone numbers, driver's license numbers, and social security numbers ("Protected Information").

THEREFORE, IT IS ORDERED THAT this Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery"). Defense Counsel shall not share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, support staff, and any retained defense witnesses. Defense Counsel may permit the Defendant to view unredacted documents

in the presence of his attorney, defense investigators, and support staff. Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which all Protected Information has been redacted. For any document that is already in the Defendant's possession at the time of this order, including medical files related to his patients, the Defendant may view unredacted versions of those files produced as discovery without the aforementioned requirements.

      IT IS FURTHER ORDERED that the discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The United States contends that the produced discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this order. The Government assumes all responsibilities to preserve its version of the discovery in this case as required by the law and applicable rules. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Order.

SIGNED AND ENTERED.

IT IS SO ORDERED.

   Dated: __**December 6, 2022**__                         */s/ Jennifer L. Thurston*
                                                            UNITED STATES DISTRICT JUDGE