KEVIN P. ROONEY CALIFORNIA BAR # 107554
OF COUNSEL, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, SOHAIL MAMDANI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR 279-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING MODIFICATION OF PRETRIAL RELEASE CONDITIONS; ORDER |
| v. | |
| SOHAIL MAMDANI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Pretrial Release condition 7(e) shall be modified to permit travel in the Northern and Eastern Districts of California without advance permission by the PreTrial Services Officer. With the permission of the PreTrial Services Officer, Dr. Mamdani has changed his residence to the Northern District. The PreTrial Service Office approves this proposed modification of Dr. Mamdani's release conditions.

IT IS SO STIPULATED.

Dated: March 21, 2023                    PHILLIP A. TALBERT
                                         United States Attorney


                                          /s/ Alexandre Dempsey
                                         Alexandre Dempsey
                                         Assistant United States Attorney

1

Dated:  March 21, 2023

/s/ KEVIN P. ROONEY
KEVIN P. ROONEY
Counsel for Defendant
SOHAILMAMDANI

**ORDER**

IT IS SO ORDERED.

DATED: 3/21/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

2