PHILLIP A. TALBERT
United States Attorney
MICHAEL TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOHAIL MAMDANI,<br><br>Defendant. | CASE NO. 1:22-CR-00279-JLT-SKO<br><br>STIPULATION AND ORDER TO SET TRIAL DATE |

## BACKGROUND

This matter is currently scheduled for a status conference on **September 20, 2023**. Doc. 41. On September 6, 2023, the Court issued a minute order directing the parties to select a mutually convenient date for trial. *Id.* The Court previously indicatd that any trial date must be set before June 30, 2024. The parties therefore request that the Court set trial to begin on **June 25, 2024**.

The parties further request that the Court vacate the current status conference and re-set a status conference for November 15, 2023.

Counsel agree that time between the current date of the status conference and June 25, 2024 should be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

A proposed order appears below.

///

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for September 20, 2023 be continued to December 6, 2023.

Trial is set for June 25, 2024.

Time shall be excluded from September 20, 2023 to June 24, 2024 under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: September 13, 2023 | By:  /s/ Michael G. Tierney<br>Michael G. Tierney<br>Assistant United States Attorney |
| DATED: September 13, 2023 | By:  /s/ Kevin P. Rooney<br>Kevin P. Rooney<br>Attorney for Sohail Mamdani, M.D. |

///

## O R D E R

**IT IS SO ORDERED.**

DATED:  9/13/2023

_Sheila K. Oberto_
Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE  JUDGE