PHILLIP A. TALBERT
United States Attorney
MICHAEL TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>SOHAIL MAMDANI,<br><br>            Defendant. | CASE NO. 1:22-CR-00279-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

**BACKGROUND**

This matter is currently scheduled for a status conference on December 6, 2023. Doc. 44. On November 14, 2023, the Court issued a minute order directing the parties to select a mutually convenient date for trial to be set at a hearing or by stipulation. *Id.*

The parties note that there is an existing trial date in this matter: June 25, 2024. Doc. 43 at 2. The parties wish to maintain this trial date.

The parties are continuing to discuss potential resolution in this matter and request that the Court vacate the current status conference and re-set a status conference for February 7, 2024.

The Court has previously excluded time under the Speedy Trial Act through June 25, 2024 based on a stipulation of the parties. Doc. 43 at 2.

A proposed order appears below.

**STIPULATION**

PLEA AGREEMENT                                             A-1

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set December 6, 2023 be continued to February 7, 2024.

Trial is set for June 25, 2024.

Time has been excluded from September 20, 2023 to June 24, 2024 under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court has previously found that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.  The parties agree that the previous stipulation and order regarding time exclusion should remain in place.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: November 28, 2023                By:     /s/ Michael G. Tierney
                                                Michael G. Tierney
                                                Assistant United States Attorney


DATED: November 29, 2023                By:     /s/ Kevin P. Rooney
                                                Kevin P. Rooney
                                                Attorney for Sohail Mamdani, M.D.

///

# O R D E R

IT IS SO ORDERED.

The status conference currently set for December 6, 2023 is hereby continued to February 7, 2024.

DATED: 11/29/2023

*Sheila K. Oberto*

Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE