PHILLIP A. TALBERT
United States Attorney
MICHAEL TIERNEY
DENISE N. YASINOW
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00279-JLT-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| SOHAIL MAMDANI, | |
| Defendant. | |

## **BACKGROUND**

This matter is currently scheduled for a status conference on May 8, 2024 before Magistrate Judge Barbara McAuliffe, with a trial commencement date of June 25, 2024 before District Judge Jennifer Thurston. Doc. 50.

However, discovery in this case is voluminous. In this case, there are also approximately 5.57 terabytes of data from devices seized from Mamdani's residence and office. This data has not been reviewed yet by either party. The government is preparing to begin its review, and will provide the data for review to defense counsel promptly after defense counsel provides blank hard drives with sufficient space for the data.

In light of this issue, and due to defense counsel's scheduling issue on May 8, 2024, the parties mutually request that the Court advance the status conference date, and re-set a status conference for

1  April 24, 2024 before Magistrate Judge McAuliffe to discuss discovery issues and the timing of trial.

2  The government wishes to set a trial date at the status conference for sometime in the Fall of
3  2024. Defense wishes to continue the matter for now and set a new trial date at a later point in time.

4  The Court has previously excluded time under the Speedy Trial Act through June 25, 2024 based
5  on a stipulation of the parties. Doc. 43 at 2.

6  A proposed order appears below.

## STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for May 8, 2024 before Magistrate Judge Barbara McAuliffe be advanced to to April 24, 2024.

The parties jointly request that the June 25, 2024 trial date be vacated for the time being, with the parties disagreeing as to when and whether to reset the trial date.

Time has been excluded through June 25, 2024 under the Speedy Trial Act for defense preparation. The Court has previously found that the ends of justice outweigh the interest of the defendant and the public in a speedy trial. The parties agree that the previous stipulation and order regarding time exclusion should remain in place.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: April 18, 2024     By: /s/ Michael G. Tierney
                               Michael G. Tierney
                               Assistant United States Attorney

DATED: April 18, 2024     By: /s/ Kevin P. Rooney
                               Kevin P. Rooney
                               Attorney for Sohail Mamdani, M.D.

**ORDER**

IT IS SO ORDERED that the status conference is advanced from May 8, 2024, to **April 24, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. The jury trial set for June 25, 2024 is vacated. Time was previously excluded through June 25, 2024.

IT IS SO ORDERED.

Dated:   **April 22, 2024**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE