1  PHILLIP A. TALBERT
   United States Attorney
2  MICHAEL TIERNEY
   DENISE N. YASINOW
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8
                  IN THE UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,                CASE NO.  1:22-CR-00279-JLT-BAM
12
                       Plaintiff,
13                                          STIPULATION AND ORDER TO CONTINUE
                 v.                         STATUS CONFERENCE
14
   SOHAIL MAMDANI,
15
                       Defendant.
16

17

18                          **BACKGROUND**

19        This matter is currently scheduled for a status conference on November 13, 2024 before

20  Magistrate Judge Barbara McAuliffe.  ECF 55.  Earlier this week the parties filed a joint status report

21  with the expectation of going forward with the status conference.  ECF 57.

22        However, in the last few days, the government has come across some items of evidence

23  (primarily hard copy documents and items) retained in the evidence vault of the Drug Enforcemenat

24  Administration.  This material was made available for defense inspection and copying beginning in

25  December 2022.  However,  the government has decided to scan these items into electronic documents

26  and affirmately produce them to the defense.  The government is in the process of producing those

27  documents.

28        In light of this new batch of discovery, which the government expects will be about 6 or 7

                                        1

megabytes at most, the parties mutually request that the Court continue the status conference date and reset a status conference for January 8, 2025 before Magistrate Judge McAuliffe to discuss discovery issues and the timing of trial.  At that status conference, the government expects it will ask to set a trial date for sometime in the Summer of 2025.

The Court has previously excluded time under the Speedy Trial Act through November 13, 2024 based on a stipulation of the parties.  ECF 55.

A proposed order appears below.

## **STIPULATION**

1. By previous order a status conference in this matter was scheduled for November 13, 2024, and all time up to November 13, 2024, was deemed excluded from the Speedy Trial Act under Local Code T4.  ECF 55.

2. By this stipulation and proposed order, the parties now move to reset the status conference in this matter to January 8, 2025, with all time until that date excluded under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The discovery associated with this case is voluminous.  While all discovery has been made available for inspection and copying, the government continues to produce electronic copies of some materials.

b) Defense counsel desires additional time to consult with his client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

c) Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

2

1   et seq., within which trial must commence, the time period of November 13, 2024, to January 8,

2   2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

3   T4] because it results from a continuance granted by the Court at defendant's request on the basis

4   of the Court's finding that the ends of justice served by taking such action outweigh the best

5   interest of the public and the defendant in a speedy trial.

6       4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

7   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

8   must commence.

9       IT IS SO STIPULATED.

10

11           Respectfully submitted,

12           PHILLIP A. TALBERT
        United States Attorney

13   DATED: November 8, 2024        By:   /s/ Michael G. Tierney _____

14           Michael G. Tierney
        Assistant United States Attorney

15

16   DATED: November 8, 2024        By:   /s/ Kevin P. Rooney _____

17           Kevin P. Rooney
        Attorney for Sohail Mamdani, M.D.

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

IT IS SO ORDERED that the status conference is continued from November 13, 2024, to **January 8, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.   Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).   <u>On that date, the parties shall be prepared to discuss when they will be able to set a trial date or a change of plea date</u>.

IT IS SO ORDERED.

Dated:   __**November 8, 2024**__          ___/s/ Barbara A. McAuliffe___
                                          UNITED STATES MAGISTRATE JUDGE

4