1  PHILLIP A. TALBERT
   United States Attorney
2  MICHAEL TIERNEY
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  1:22-CR-00279-JLT-SKO

12              Plaintiff,
                                       STIPULATION AND ORDER TO VACATE
13       v.                            STATUS CONFERENCE AND SET TRIAL DATE

14  SOHAIL MAMDANI,

15              Defendant.

16

17                        **BACKGROUND**

18

19       This matter is currently scheduled for a status conference on Jabnuary 8, 2025.  Doc. 60.  On

20  December 16, 2024, the Court issued a minute order directing the parties to select a mutually convenient

21  date for trial to be set at a hearing or by stipulation.[1]  *Id.*

22       The parties wish to vacate the current status conference and set trial on September 23, 2025.

23       A proposed order appears below.

24  ///

25  ///

26  ///

27  _____

28       [1] The Court's order directed the parties to submit a stipulation no later than January 1, 2025.
    Doc. 60.  Undersigned counsel for the United States was tasked with preparing this Stipulation and is
    responsible for it being filed late.  Counsel apologies to the Court.

## **STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set January 8, 2025 be vacated.

Trial is set for September 23, 2025.

The Court should exclude time from January 8, 2025 to September 23, 2025 under the Speedy Trial Act for defense preparation and continuity of counsel.  The ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: January 3, 2025          By:     /s/ Michael G. Tierney
                                                 Michael G. Tierney
                                                 Assistant United States Attorney

DATED: January 3, 2025          By:     /s/ Kevin P. Rooney
                                                 Kevin P. Rooney
                                                 Attorney for Sohail Mamdani, M.D.

## **ORDER**

IT IS SO ORDERED that the status conference set for January 8, 2025, is vacated. A jury trial is set for **September 23, 2025, at 8:30 a.m. in Courtroom 4 before District Court Judge Jennifer L. Thurston**. Estimate time of trial is **7-8 days**. A trial confirmation is set for **September 8, 2025, at 1:30 p.m. in Courtroom 4 before District Court Judge Jennifer L. Thurston**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **January 3, 2025**            /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28