1  Marc Days, CA Bar #184098
   Days Law Firm
2  1125 T Street
   Fresno, California 93721
3  Telephone: (559) 708-4844

4  Attorney for Defendant,
   SOHAIL MAMDANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:22-cr-00279 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE SET OCTOBER 6, 2025, AND TRIAL SET OCTOBER 21, 2025, AND SET A STATUS CONFERENCE ON JANUARY 21, 2026; ORDER |
| v. | |
| SOHAIL MAMDANI | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the court vacate the status conference set for October 6, 2025, and vacate the trial date set for October 21, 2025, and set a status conference for January 21, 2026. The indictment alleges Defendant Sohail Mamdani (Dr. Mamdani) participated in a scheme to defraud California EDD from February 2020 and continuing to and including at least March 2022. [Dkt 1 at ¶8]. The indictment charges 5 counts of mail fraud in violation of 18 U.S.C. §1341 (counts 1-5), money laundering in violation of 18 U.S.C §1956(a)(1)(B)(ii) (count 6), unlawful use of a registration number in violation of 21 U.S.C. §843(a)(2) (count 7), fraudulently obtain possession of a controlled substance in violation of 21 U.S.C. §843(a)(3) (count 8), and forfeiture allegations.

The reasons for the requests are that: on September 22, 2025, the court relieved counsel for Dr. Mamdani, directed Dr. Mamdani to have new counsel, set a status conference, and advised that if new counsel appears the court may vacate the October 6, 2025, status conference (Dkt 73); on September 23, 2025, undersigned counsel for Dr. Mamdani filed a notice of appearance (Dkt 74); the discovery is voluminous, and includes, but is not limited to, bank records, electronic health records, and device extractions; and undersigned counsel for Dr. Mamdani needs time to review the voluminous discovery, consult with investigators, paralegals, and experts, research and prepare motions, and confer with Dr. Mamdani to adequately prepare for trial. Currently there is a protective order in place (Dkt. 23) and the government has agreed to provide discovery to Dr. Mamdani's undersigned counsel within the next few days.

The parties request that the Court extend the exclusion of time under the Speedy Trial Act from October 21, 2025, through January 21, 2026, for purposes of defense preparation and plea negotiations pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv), and set the matter for a status conference on January 21, 2026 at 1:00pm before Judge Oberto.

Dated: September 25, 2025

Respectfully submitted,

Marc Days
Days Law Firm

/s/ Marc Days
MARC DAYS
Attorney for Defendant
Edward Cragg

Dated: September 25, 2025

ERIC GRANT
United States Attorney

/s/ Michael Tierney
MICHAEL TIENRNEY
Assistant United States Attorney

U.S. v. Sohail Mamdani, 1:22-cr-00279 JLT-SKO
Stipulation to Vacate Status Conf and Trial Date;
[Proposed] Order

-2-

**ORDER**

Upon the parties' stipulation, and for good cause shown, the trial that is scheduled to start on October 21, 2025, is vacated. Also vacated is the October 6, 2025, status conference. A status conference is scheduled for January 21, 2026. The Court further excludes time under the Speedy Trial Act from October 21, 2025, through January 21, 2026, for purposes of defense preparation and plea negotiations pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **September 26, 2025**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

U.S. v. Sohail Mamdani, 1:22-cr-00279 JLT-SKO
Stipulation to Vacate Status Conf and Trial Date;
[Proposed] Order
-3-