ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00279-JLT-EPG |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| SOHAIL MAMDANI, | |
| Defendant. | |

The defendant, Sohail Mamdani, retained new counsel in September 2025. Discovery has been provided to Mr. Mamdani's new counsel. The discovery is voluminous and includes detailed medical records, financial records, witness statements, and electronic device extractions. Mr. Mamdani's counsel requires more time to review the discovery, consider the government's plea offer, and prepare for trial. Therefore, the parties agree to continue the status conference that is scheduled for January 20, 2026, to April 22, 2026, at 1:00 p.m., before the Honorable Erica P. Grosjean.

///

///

The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  The parties also agree that the period from January 13, 2026, through April 22, 2026, should be excluded for purposes of continuity of defense counsel and defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  January 13, 2026

/s/ Marc Days
Marc Days
Counsel for Sohail Mamdani

Dated:  January 13, 2026

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00279-JLT-EPG |
| Plaintiff, | ORDER |
| v. | |
| SOHAIL MAMDANI, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the status conference that is scheduled for January 20, 2026, is continued to April 22, 2026, at 1:00 p.m., before the Honorable Erica P. Grosjean.  Time under the Speedy Trial Act is excluded from January 13, 2026, through April 22, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **January 13, 2026**                     /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE