Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
SOHAIL MAMDANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOHAIL MAMDANI<br><br>Defendant. | Case No.:  1:22-cr-00279-JLT-EPG<br><br>AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:  June 10, 2026<br>Time: 1:00 pm.<br>Judge: Hon. Erica P. Grosjean |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the Status Conference scheduled for April 22, 2026, may be continued until June 10, 2026, at 1:00 p.m., before the Honorable Erica P. Grosjean.  On September 23, 2025, defense counsel filed a notice of appearance.  The government has produced discovery to defense counsel.  Defense counsel has further investigation to perform in this case.  In addition, counsel for the government is scheduled to be in trial in Sacramento at the time of the currently scheduled status conference.  The parties agree that time under the Speedy Trial Act shall be excluded through June 10, 2026, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

///

Dated:  April 16, 2026                          /s/ Marc Days
                                                MARC DAYS
                                                Attorney for Dennis Falaschi

Dated:  April 16, 2026                          /s/ Joseph Barton
                                                JOSEPH BARTON
                                                Assistant United States Attorney

### ORDER

IT IS SO ORDERED that the status conference is continued from April 22, 2026, to **June 10, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  Time is excluded pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:    **April 16, 2026**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE