Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
SOHAIL MAMDANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SOHAIL MAMDANI<br>Defendant. | Case No.: 1:22-cr-00279-JLT-EPG<br><br>STIPULATION TO MOTION SCHEDULE; ORDER |

**STIPULATION**

1. On October 26, 2026, Defendant will file a motion to sever.
2. Based on Defendant filing the motion on October 26, 2026, counsel agree and stipulate that the following motion schedule shall apply as to the motion.

   a) Response to the motion shall be filed no later than November 11, 2026.

   b) Reply shall be filed no later than December 7, 2026.

   c) The Court will hold a hearing on the motion on December 14, 2026, at 9:00 a.m.

**IT IS SO STIPULATED**

Dated: October 26, 2026

ERIC GRANT
United States Attorney

/s/ Joseph D. Barton
JOSEPH D. BARTON
Assistant United States Attorney

Dated: October 26, 2026

/s/ Marc Days
MARC DAYS
Attorneys for Defendant
SOHAIL MAMDANI

**ORDER**

IT IS SO ORDERED.

Dated: October 26, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE